IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

2025 AUG 21 PM 1:59
CLERK'S OFFICE USDC PR
RECEIVED AND FILED

José A. Viera-Rodríguez

v.

Department of Corrections, et., als.

25-CV-1443 GMM

MOTION TO PROCEED IN FORMA PAUPERIS
(Moción para Proceder en forma de Pobre)

I, the above-named petitioner declare under penalty of perjury
that I am the petitioner in the above-entitled proceeding; that I
am unable to pay the costs of said proceeding or give security
thereof; that I believe I am entitled to redress; and that I believe
I have a meritorious case.

(Yo, el peticionario de epígrafe, declaro bajo pena de perjurio
que soy el peticionario en el caso antes mencionado; que no puedo
pagar los costos de dicho procedimiento ni ofrecer garantía sobre
el mismo; que considero tener derecho a un remedio y creo tener
argumentos válidos.)

Wherefore, I hereby request to be allowed to proceed in forma
pauperis, without prepayment of fees, costs or security thereof.

(POR TODO LO CUAL solicito se me permita proceder en forma de
pobre, sin pago anticipado de cuotas, gastos o garantía de ellos).

Date:    August 6, 2025
(Fecha:)                          X _____
                                  Petitioner – Peticionario

─────────────────────────────────────────────────────────────

O R D E R

This motion is hereby _____.

At San Juan, Puerto Rico, this ____ day of _____ of 20____.


                                  UNITED STATES DISTRICT JUDGE